UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cynthia Perry,<br><br>    Plaintiff,<br>v.<br><br>Commercial Recovery Systems, Inc.; and DOES 1-10, inclusive,<br><br>    Defendants. | :<br>:<br>:<br>:<br>: Civil Action No.:  2:12-cv-04907-TON<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: October 16, 2012

                Respectfully submitted,

                PLAINTIFF, Cynthia Perry

                /s/ Jody B. Burton

                Jody B. Burton, Esq.
                Bar No.: 71681
                **LEMBERG & ASSOCIATES L.L.C.**
                1100 Summer Street, 3rd Floor
                Stamford, CT 06905
                Telephone: (203) 653-2250
                Facsimile:  (203) 653-3424
                jburton@lemberglaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 16, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By /s/ Jody B. Burton
                                                  Jody B. Burton