UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cynthia Perry, <br><br> Plaintiff, <br><br> v. <br><br> Commercial Recovery Systems, Inc.; and DOES 1-10, inclusive, <br><br> Defendants. | Civil Action No.: 2:12-cv-04907-TON |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)**

Cynthia Perry ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 8, 2013

>Respectfully submitted,
>
>PLAINTIFF, Cynthia Perry
>
>/s/ Jody B. Burton
>
>Jody B. Burton, Esq.
>Bar No.: 71681
>LEMBERG & ASSOCIATES L.L.C.
>1100 Summer Street, 3rd Floor
>Stamford, CT 06905
>Telephone: (203) 653-2250
>Facsimile:  (203) 653-3424
>jburton@lemberglaw.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 8, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By /s/ Jody B. Burton
                                                   Jody B. Burton